Ronald KINGSTON, et al., Appellants,

v.

James D. GRAHAM, et al.,
Respondents.

No. WD 37764.

Missouri Court of Appeals,
Western District.

April 14, 1987.

George E. Kapke, Cochran, Kramer, Kapke & Willerth, Independence, for appellants.

Don R. Lolli, Beckett & Steinkamp, Kansas City, for respondents.

Before SHANGLER, P.J., and DIXON and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

From a summary judgment for defendants, plaintiffs appeal. Judgment affirmed. Rule 84.16(b).